

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00164-CR

| | | |
|---|---|---|
| JAY RILEY DOMINGUEZ, Appellant | § | On Appeal from the 415th District Court |
| | § | of Parker County (CR19-1139) |
| V. | § | September 15, 2022 |
| | § | Opinion by Justice Wallach |
| THE STATE OF TEXAS | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Mike Wallach_____
Justice Mike Wallach